No. 954. SMITH v. UNITED STATES. C. A. 5th Cir. Motion for leave to supplement record denied. Certiorari denied. *Joseph A. St. Ana* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Eugene L. Grimm* for the United States.

No. 1030. JACKSON, WARDEN, ET AL. v. UNITED STATES EX REL. WADE. Motion to dispense with printing of the response to the petition granted. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. *Louis J. Lefkowitz,* Attorney General of New York, and *Paxton Blair,* Solicitor General, for petitioners. *Philip C. Potter, Jr.* for respondent.

No. 457, Misc. FAVORS v. TUCKER, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied. Petitioner *pro se. W. W. Barron,* Attorney General of West Virginia, and *Fred H. Caplan,* Assistant Attorney General, for respondent.

No. 632, Misc. HARMON v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Carl H. Imlay* for the United States.

No. 634, Misc. HARLESS v. IOWA. Supreme Court of Iowa. Certiorari denied. Petitioner *pro se. Norman A. Erbe,* Attorney General of Iowa, and *Freeman H. Forrest,* Assistant Attorney General, for respondent.